UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 2 7 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| JAMES ORLEY MILLER, JR., § § Plaintiff, § § v. § § TRANSPORT DEPOT PRODUCE AND DRY, INC.; § JULIO GALVEZ; AND LAZARO RODRIGUEZ, § § Defendants. § | Civil No. SA-15-CV-00819-RCL |

### Order:
### Declaring Mistrial and Discharging the Jury
### Dismissing Case Subject to Reopening Upon Notice from the Parties

Today the parties informed the Court that they reached a confidential settlement in this matter resolving all claims to their satisfaction. Therefore, the Court does the following:

- Declares a mistrial in the proceedings before the Court.

- Discharges the jury in the proceedings before the Court.

- Orders this case dismissed, subject to reopening upon notice by either party within thirty (30) days of this order. This time frame will be extended at either party's request upon notice.

**It is so ordered.**

SIGNED this ___27th___ day of March, 2018.

_____
HONORABLE ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE

1